**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6980**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KEITH BERNARD JOHNSON, a/k/a Bonji Denard
Crane, a/k/a Bonji DeNard Crane,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Charlotte. Robert D. Potter, Senior
District Judge. (CR-93-29-P, CR-93-268-P)

———————————

Submitted:  December 19, 1996       Decided:  January 3, 1997

———————————

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Keith Bernard Johnson, Appellant Pro Se.  Gretchen C. F. Shappert,
Assistant United States Attorney, Brian Lee Whisler, OFFICE OF THE
UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for appointment of a new supervising probation officer. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Johnson</u>, Nos. CR-93-29-P; CR-93-268-P (W.D.N.C. May 31, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>